[pic]

 COURT OF APPEALS

 SECOND DISTRICT OF TEXAS

 FORT WORTH

 NO. 02-16-00437-CR
 NO. 02-16-00438-CR
 NO. 02-16-00439-CR

|Mark Mercer | |APPELLANT |
| |
|V. |
|The State of Texas | |STATE |

y
 ------------

 FROM THE 396th District Court OF Tarrant COUNTY
 TRIAL COURT NO. 1402709D, 1402716D, 1402717D

 ------------

 ORDER

 ------------
 On the court’s own motion, it is ORDERED that the trial court clerk
deliver the original State’s Exhibit No. 48 (DVD – In Car Video) to this
court no later than Friday, September 22, 2017.
 The exhibit will be returned to the trial court upon issuance of the
mandate.
 The clerk of this court is directed to transmit a copy of this order
to the attorneys of record, the trial court clerk, and the court reporter.
 DATED September 15, 2017.
 PER CURIAM